**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7652

EDWARD BARCUS,

Plaintiff - Appellant,

versus

W. P. ROGERS, Regional Director of V.D.O.'s
Division of Operations; ALTON BASKERVILLE,
Warden for Powhatan Correctional Center; K. J.
BESSETT, Warden for Keen Mountain Correctional
Center; LARRY COLLINS, Inmate Hearings Officer
at Powhatan Correctional Center; MS. GALLOWAY,
Appointed Treatment Program Supervisor;
LIEUTENANT MCCALLAHAN, Member of the
Institutional Classification Authority; B.
MORRANNO; MR. HAMMONDS, Assigned Counselor for
Special Housing Unit,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-04-547-2)

Submitted: December 23, 2004          Decided: January 14, 2005

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Barcus, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Barcus appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Barcus v. Rogers</u>, No. CA-04-547-2 (E.D. Va. filed Sept. 24, 2004; entered Sept. 27, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>